**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CARMELO HERRERA,                           :
                                              Civil Action No. 11-0734 (SRC)
                     Petitioner,           :

          v.                               :     **ORDER**

PETER K. LAGANA,                           :

                     Respondent.           :

        Petitioner Carmelo Herrera has presented for filing a
Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254
and an Application to proceed in forma pauperis pursuant to 28
U.S.C. § 1915(a)(1).

        In support of his Application to Proceed in forma pauperis,
Petitioner has submitted an unsigned certification from the
Business Office of Northern State Prison, which reflects a
balance of $450.25.

        IT APPEARING THAT:

        Local Civil Rule 81.2 prohibits this Court from granting in
forma pauperis status to any petitioner whose prison account
exceeds $200;

        IT IS on this __14__ day of __Feb_____, 2011,

        ORDERED that Petitioner's application to proceed in forma
pauperis is hereby DENIED; and it is further

ORDERED that Petitioner must pay the $5.00 filing fee within 30 days of the date this Order is entered or the Petition will be deemed withdrawn and the Court's file will be closed without further notice.

_____
Stanley R. Chesler
United States District Judge